CLARA OTTENDORFF, as Administratrix of JOHANN PHILLIP OTTENDORFF, Deceased, Respondent, *v.* JAMES WILLIS, ·Appellant.

*Ottendorff* v. *Willis,* 80 Hun, 262, affirmed.
(Argued October 22, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered August 1, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Nathan Ottinger* for appellant.

*Norman A. Lawlor* for respondent.

Judgment affirmed, with costs·; no opinion.
All concur.

---

MAY AUGUSTA LENZ, by Guardian ad Litem, Appellant, *v.* ELIZABETH W. ALDRICH, Respondent.

*Lenz* v. *Aldrich,* 6 App. Div. 178, affirmed.
(Argued October 22, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1896, which affirmed a judgment in favor of defendant entered upon a nonsuit.

*W. W. Niles, Jr.,* for appellant.

*James L. Barger* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.